UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

JOSE CRUZ, *individually*,

        Plaintiff,

– *against* –

LA NUEVA SABROSURA RESTAURANT, INC. *d/b/a Que Sabrosura Restaurant and Bar*, *and* EDDY MORONTA, *individually*,

        Defendants.

**ORDER**

20 Civ. 609 (ER)

RAMOS, D.J.:

    The parties are ORDERED to file a status report by May 1, 2020. Failure to comply with this Order may result in sanctions including dismissal for failure to prosecute. *See* Fed. R. Civ. P. 41.

It is SO ORDERED.

Dated:   April 6, 2020
           New York, New York

                                        EDGARDO RAMOS, U.S.D.J.